**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 08-3026-03-CR-S-RED |
| | ) |
| **BRYAN THOMAS RAY,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Before the Court is Defendant's Motion to Suppress Evidence (Doc. 91), the Government's Response (Doc. 97), and the Report and Recommendation of United States Magistrate Judge (Doc. 111).

Upon careful and independent review of the pending motion, the suggestions filed by the parties in regard to said motion, and the applicable law, the Court hereby **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 111) in full. Defendant's Motion to Suppress Evidence (Doc. 91) is **DENIED.**

**IT IS SO ORDERED.**

DATE: October 26, 2009     */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT